IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-272-RJC

| | |
|---|---|
| JOE NATHAN BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DANIEL E. BAILEY, ) | |
| MICHAEL LABOO, ) | |
| Defendants. ) | |

This matter comes before the Court on the Court's sua sponte review of the Complaint, filed on April 30, 2012. The Court finds that this action is identical to Brown v. Bailey, 3:12cv185, which Plaintiff filed in this Court on March 22, 2012. Because this action is identical to Plaintiff's lawsuit docketed in Case No. 3:12cv185, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that:

1. This action is **DISMISSED** because it is identical to Plaintiff's action in this court in Case No. 3:12cv185.

2. The Clerk of this Court is therefore instructed to terminate this action and close this case, with a docket notation that the action is being dismissed because this action is the same lawsuit as that already filed by Plaintiff in Brown v. Bailey, 3:12cv185.

Signed: May 24, 2012

Robert J. Conrad, Jr.
Chief United States District Judge